**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ALCANTAR DE LIRA,<br>Petitioner,<br>v.<br>FERETI SEMAIA, et al.,<br>Respondents. | CASE NO. 5:26-cv-06261-SK<br>**JUDGMENT (BOND HEARING)**<br><br>A-File No. 242-240-618 |

Pursuant to the Order Granting Petition in Part, IT IS ADJUDGED that petitioner GABRIEL ALCANTAR DE LIRA (A# 242-240-618) is to be released from ICE custody within 7 days of the Order, unless he is provided a custody redetermination hearing under 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(d)(1) consistent with that Order.[1] This court retains jurisdiction to the extent set forth in that Order.

DATED: October 29, 2026

HON. STEVE KIM
United States Magistrate Judge

[1] Consistent with agency regulations and practice, however, the immigration judge would retain ordinary discretion to continue the hearing after the seventh day for a reasonable period based on a valid showing of good cause—including petitioner's request to secure appearance of immigration counsel or the need to marshal documentary evidence. *See*, *e.g.*, 8 C.F.R. § 1003.29.